# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | | |
|---|---|---|
| MANUEL VEGA, | ) | No. ED CV 11-1037-GW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| L. McEWEN, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: May 21, 2012

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE